IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JUAN MIGUEL GALLEGOS LOAIZA,<br><br>        Defendant. | 4:13-CR-3130<br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Sentencing Date (filing 473) is granted.

2. Defendant Joan Miguel Gallegos Loaiza's sentencing is continued to January 27, 2016, at 9:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 18th day of November, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge